UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-01929-MWC-MBK | Date | July 27, 2026 |
| Title | Selen Akkaya v. USCIS, Immigration | | |

| | |
|---|---|
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |

| | |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE JS-6**

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on June 29, 2026, ordering Plaintiff to respond in writing no later than July 13, 2026, as to why the matter should not be dismissed for lack of prosecution. No response has been provided by Plaintiff. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

:

**Initials of Preparer** TJ